RECEIVED
IN LAKE CHARLES, LA
FEB - 3 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES OF AMERICA

VS.

CASE NO. 05-20084-13

JUANA MENDEZ RAMOS

JUDGE MINALDI
MAGISTRATE JUDGE WILSON

### ORDER APPOINTING INTERPRETER

The Court, having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this mater, it is hereby ORDERED that:

NAME: JUDITH P GILL

ADDRESS:

be appointed as interpreter to assist in the trial and all other ancillary proceedings to be held in this matter. Compensation for these services shall be paid by the Government.

This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

THUS DONE AND SIGNED at Lake Charles, Louisiana, this 3rd day of February, 2006.

PATRICIA MINALDI, U S District Judge